UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES GOMEZ, | ) | Case No.: 4:22-cv-00677-KAW |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOSEPH KIRKWOOD REID JR. Dba Reid Family Vineyards; KAREN OVIDIA REID Dba Reid Family Vineyards, | ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**


Dated: _____     _____

HONORABLE KANDIS A. WESTMORE

United States District Judge